

# Fourth Court of Appeals
## San Antonio, Texas

September 17, 2014

No. 04-13-00239-CV

**LAW OFFICE OF OSCAR C. GONZALEZ, INC**. and Oscar Gonzalez,
Appellants

v.

Isabel **SLOAN**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14280
Honorable Larry Noll, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Rehearing is GRANTED. The motion for rehearing is due on September 30, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court